**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7330**

RAYMOND EDWARD CHESTNUT,

Plaintiff - Appellant,

v.

MICHAEL E. SUGGS; JIMMY A. RICHARDSON, II; JOHN L. BREEDEN;
CHAD MULLINIX,

Defendants - Appellees.

**No. 14-7331**

RAYMOND EDWARD CHESTNUT,

Plaintiff - Appellant,

v.

JIMMY MIKE LYLES, Deputy Sheriff; MYRTLE BEACH POLICE
DEPARTMENT; HORRY COUNTY SOLICITOR'S OFFICE,

Defendants - Appellees.

Appeals from the United States District Court for the District
of South Carolina, at Florence.   R. Bryan Harwell, District
Judge.  (4:12-cv-00913-RBH; 4:12-cv-00914-RBH)

Submitted:  January 22, 2015          Decided:  January 27, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Raymond Edward Chestnut, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut appeals the district court's orders denying his motions to reduce the amount of funds withdrawn from his prison trust account pursuant to 28 U.S.C. § 1915(b)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED